**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                         CASE NO. 8:91-CR-220-T-17-TGW

WILLIAM J. MCKENNA

_____/

**ORDER**

     This cause comes before the Court on the defendant's petition for final disposition of probation violation, waiver of hearing, plea in defense and request for sentence (Docket No. 118) and response thereto (Docket No. 121). The Court finds the response of the government persuasive, accepts the filing of the same albeit out-of-time, and incorporates the response herein. Accordingly, it is.

     **ORDERED** that defendant's petition for final disposition of probation violation, waiver of hearing, plea in defense and request for sentence (Docket No. 118) be **denied**.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 11th day of October, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record